## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

    **v.**

**YOUSSOUF OUSMANE
ABDOURAHMANE,**

       **Defendant.**

**Case No. 2:11-CR-156**

**Judge Peter C. Economus**

**ORDER**

Defendant, by consent, appeared before Magistrate Judge Kemp pursuant to Rule 11, F.R.Cr.P. and entered a plea of guilty to Count One (1) of the Superseding Indictment. Magistrate Judge Kemp filed a Report and Recommendation concerning this plea and made the following findings: (1) Defendant was competent and capable of entering an informed plea; (2) the plea was knowingly and voluntarily made; (3) the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offense; (4) Defendant entered a valid *Alford* plea. The government filed an objection to the Report and Recommendation on the subject of the *Alford* plea on the basis that the Department of Justice did not agree to entry of that plea. No other objections were filed.

After consideration of the Report and Recommendation and the government's objection, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. # 59) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count One of the Superseding Indictment, on which Defendant is hereby adjudged guilty.

    **IT IS SO ORDERED.**

 

                            **/s/ Peter C. Economus**
                            **PETER C. ECONOMUS**
                            **UNITED STATES DISTRICT JUDGE**